IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN LEWIS WILLIAMSON,

      Appellant,

v.

      Case No. 5D23-79
      LT Case No. 2019-CT-000865

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 21, 2023

Appeal from the County Court
for Nassau County,
Jenny Higginbotham Barrett, Judge.

Susan Z. Cohen and David M. Robbins,
of Epstein & Robbins, Jacksonville, for
Appellant.

Ashley Moody, Attorney General, and
Zachary F. Lawton, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

JAY, SOUD and BOATWRIGHT, JJ., concur.